# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>SANJEEV BATRA, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00732-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>[ECF No. 11] |

On August 21, 2017, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed for failure to state a cognizable claim for relief.

On August 23, 2017, Plaintiff filed a motion for appointment of counsel. Inasmuch as the case has been dismissed and judgment has been entered, Plaintiff's motion for appointment of counsel is denied as moot.

IT IS SO ORDERED.

Dated: **August 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1